UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-81042-CIV-HURLEY/WHITE

**CARL POITIER,**
    **plaintiff,**
**v.**

**DEPARTMENT OF CORRECTIONS,**
**STATE OF FLA., JIMMIE WHISPHER,**
**VICK GUMMERE and DR. R. JOHNSON,**
    **defendants.**
                                         /

**ORDER OF FINAL DISMISSAL WITH PREJUDICE AS TO DEFENDANTS
JIMMIE WHISPHER AND VICK GUMMERE &
ORDER OF DISMISSAL WITH LEAVE TO AMEND AS TO
DEFENDANTS DR. R. JOHNSON and DEPARTMENT OF CORRECTIONS**

**THIS CAUSE** is before the court upon the preliminary screening report of Magistrate Judge Patrick White filed November 16, 2010 [DE# 14]. The plaintiff has not lodged any objections to this report, but instead has filed a "motion to withdraw without prejudice statement of fact" [DE# 18], which the court interprets as a motion to amend his complaint.

Upon consideration the court finds the report and recommendation of Magistrate Judge White to be sound and well-reasoned and accordingly will adopt the report and recommendation here. It is therefore **ORDERED** and **ADJUDGED**:

    1.    Magistrate Judge White's November 16, 2010 report and recommendation [DE# 14] is **ADOPTED** and **INCORPORATED** in full.

    2.    The plaintiff's § 1983 claims against defendants Jimmie Whisper and Vick Gummere, premised on an alleged negligent failure to properly maintain machinery and train inmates in the safe use of the machinery, are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted under 28 U.S.C. 1915(e)(2)(B)(ii).

Case No.: 10-81042-CIV-HURLEY
Order Adopting Magistrate's Report and Recommendation

3. The plaintiff's § 1983 claims against defendant R. Johnson, Chief Medical Doctor at Belle Glade, are **DISMISSED WITHOUT PREJUDICE** for failure to allege sufficient facts demonstrating a deliberate indifference to serious medical needs of the plaintiff.

4. Plaintiff is granted leave to amend his claim against defendant Johnson so as to allege specific facts demonstrating a deliberate indifference to serious medical needs within the ambit of the Eighth Amendment's prohibition against "unnecessary and wanton infliction of pain." *See Estelle v Gamble*, 429 U.S. 97, 102- 103 (1976); *Taylor v Adams*, 221 F.3d 1254 (11th Cir. 2000); *Adams v Poag*, 61 F.3d 1537 (11th Cir. 1995). If plaintiff so chooses, he shall file his amended complaint as to defendants Dr. Johnson and the Department of Corrections, State of Florida within **THIRTY (30) DAYS** from date of entry of this order.

5. The plaintiff's motion to withdraw without prejudice [DE# 18] is **DENIED as MOOT.**

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 3rd day of January, 2011.

Daniel T. K. Hurley
United States District Judge

Copies furnished to:

United States Magistrate Judge Patrick White

Carl Poitier, *pro se*
Reg. No. 417315
Moore Haven Correctional Facility
PO Box 718501
1900 East State Road 78 NW
Moore Haven, FL 33471